FROM: 43310037
TO: woodard, Sanchez
SUBJECT: Testimony Of Wayne E. Jenkins in re: Federal Trial
DATE: 10/20/2019 07:57:59 PM

FILED _____ ENTERED
LODGED _____ RECEIVED
OCT 2 8 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: U.S. Attorney For The Northern District of Maryland
AUSA Debra. L. Dwyer, Judge Richard D. Bennett,
and States Attorney Marilyn Mosby

Patrick Albert Byers, Jr. my case was the highly publicized capital murder that went to trial in 2009. I was tried for the murder of Larry Haynes and the murder for hire of Carl Stanley Lackl. I have always maintained my innocence, and that has not changed. The government's star witness was City of Baltimore police officer Wayne E. Jenkins who testified that I was the one who killed Larry Haynes.

This officer was the only witness to testify that I was the one who killed Larry Haynes and the government allowed this officer to testify without presenting a single piece of evidence to support his testimony. The government never mentioned anything regarding the fact that this officer had previously been involved in illegal activities dating back to 2009. Officer Jenkins has recently been indicted, convicted, and sentenced to multiple years in federal prison for his involvement in illegal activities while working as a police officer in 2005.

The Government petitioned to have Umar Burley's conviction overturned because Officer Jenkins testified against him. This took place right after the State overturned 300 convictions followed by 150 more convictions and just recently, the state overturned 800 more. The State is in the process of going back to 2003 and overturning more convictions that involved any of the officers who were recently convicted for their involvement in illegal activities.

Officer Jenkins and several other police officers have been discredited for their testimonies in the arrest and trials of hundreds of convicted persons, and the State has not only overturned hundreds of convictions, they are refusing to even retry them.

My entire trial was relied upon by the testimony of Officer Jenkins for which he convinced the Government and jury. I have contacted judges, lawyers and even congressmen and my voice is not being heard. I cannot be any different from the hundreds of other prisoners which had their convictions overturned du to the testimony and involvement of the discredited police officers, specifically Wayne Earl Jenkins.

I am confident that the U.S. Department of Justice will conclude that there exists a miscarriage of justice due to the Wayne Earl Jenkins open court testimony. Thereby correct the malfeasance and injustice I am currently suffering. I've stood firm on my innocence since 2004, and I do believe that the outcome of my trial would have been different without the testimony of Wayne Earl Jenkins, let alone his false testimony.

10/20/19

cc: Edna Booze
Sanchez Woodard
Debra L. Dwyer, AUSA
Marilyn Mosby, States Attorney
Maryland Attorney General

Respectfully Submitted

By _Patrick Byers Jr._
Patrick Byers Jr.

Patrick Byers #43310037
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 28 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

⇔43310-037⇔
Clerk Us District Court
101 W Lombard ST
United States District Ct
Baltimore, MD 21201
United States

RDB-08-056

21201-262915

SAINT LOUIS MO 630

22 OCT 2019 PM 9 L