U.S.A.V.P. Byrd
08-056

Ms Edna Booze
600 N 84 St Apt 516
Balto, md 21230

Dear Judge your Honor,                November 16, 2020
Good Evening, How are you To day
My Name is Edna Booze, Grand Mother
of Patrick Byrd #43310-037 who is
at U.S.P. Marion IL, 62959, I am
89 yrs old + Jan 27, 2021 I'll be 90
yrs old, Reason of me writing is to
Ask you please considering in Please
releaseing My GrandSon from Prison,
I am Not able to do for myself Now
& Patrick would be great with me
As My careTaker, My Insurance
will not pay for a careTaker for me
Patrick I raised Him from Age 2
until Now, He is great guy with
love To always Helping Someone, I
am Now unable To do for me, As
I used To. Would you please
your Honor release Him So
He can be My careTaker, My
doctor, Have Mailed information
of my Health problem etc, Patrick
Has always Help me, I Had a

U.S.A. V-08-056-Patrick Byers
#43310-037

Catering Svc before I retired & Patrick & I did lots of work & also Volunteer Work feeding the Homeless etc. I still Try do it for few Homeless people Now. I can get around Ps I would love to. I Have Arthritis very Badly In My legs & Back. I pray that you Stay well & Please Help me I Would Surely appreciated your Help & I Thank you So Much, for taking time to Read & Considerate My requests. May God forever bless & Keep you. Please Help me. Thease

Sincerely
Edna Byers
410 234.0226

Thank' So Much!

Case No. 08056 - Patrick Byers
#43310-037