Patrick A. Byers, Jr.
c/o P.O. Box 1000
Marion Illinois

April 6, 2021

To : Richard D. Bennett, dba Judge
Re : Exceptional/Extenuating Circumstance(s) upon
     Case No. RDB-08-56

I am writing because I received a heartbreaking letter from
Edna Booze, my grandmother.  For this letter; please find the
need to take appropriate action to grant relief for these very
'EXCEPTIONAL/EXTENUATING CIRCUMSTANCE(S)'  upon Case No. RDB-08-56.

You will find enclosed a copy of the letter I received, today,
4-5-21.  I would like to add this to the motion on file with
your court for home confinement, pending appeal.  I am writing
this letter/action in hopes (with good faith) that you will
see a 90 year old woman, who is struggling and suffering, ALONE,
and she is scared. I wish to help her.

Judge, Bennett; I am sitting in prison for a murder I did not
commit.  Because corrupt cop (now, PRISONER) Wayne Earl Jenkins
testified that I was the killer without presenting a single
piece of evidence, this is my fate.  No-one else testified that
I was the person who killed Mr. Larry Haynes.  Cheryl Rookstool,
Joseph Parham and Connie Mays all government witnesses and none
of them testified that I was the Killer.  Ms. Rookstool, who
actually witnessed the Haynes murder, testified that I was NOT
the person she saw shoot and kill Mr. Haynes.  The government
used Mr. Haynes murder as motive for the murder of Carl Stanely
Lackl Jr., which I did not order the death of Mr. Lackl.  The
government's witness for the Lackl murder was Marcus Pearson,
who has since spoke with Baltimore Sun's Reporter, Justin Fenton,
Sept., 2020 and said that he lied that he never spoke with me
about killing Mr. Lackl and that he didn't speak to me on a
cellphone.

Judge, Bennett, you overturned the conviction of Umar Hasson
Burely for what Wayne Earl Jenkins did to him to get him convicted,
who plead guilty because, even, though he knew he was innocent,
no jury would believe that  this white cop framed him.  I went
to trial because I knew I was innocent and I faced the DEATH
PENALTY (which I avoided by only 2 votes) and all because a
vindictive prosecutor seeking conviction and not justice use
a dirty cop and that he should have not been allowed to testify.

When I asked for appointment of counsel to prove my claim(s);
you denied the request and the subsequent § 2255.

Page 1 of 2

Now, as humble as I know; I am pleading to you, Judge, Bennett.
You, now, know more about the corruption and deceit of Wayne
Earl Jenkins.  I am asking not just for my health / safety due
to this COVID-19 virus; this is, also, for the well being of
my grandmother.  Judge, Bennett, she's attempting to navigate
her survival, by herself, which is hard for a 90 year old woman
with all the health issues she has to contend with.

So, Mr. Bennett, can you please grant me home confinement pending
my appeal so that I can be there to help my grandmother.  Helping
my grandmother, now, in her hours of need, is my sole desire.
She has been with me through this journey and I wish to be with
her, for whatever time she has left on this earth.

Thank you in advance for your consideration(s).  I've been as
brief and as inclusive as possible to present matters that are
certainly exceptional and extraordinary per extenuating circumstance(S)
upon Case No. RDB-08-56 which are worthy of relief, being requested,
here.

                                    Respectfully,

                                    Patrick A. Byers, Jr.

Patrick Byers
United States Penitentiary
P.O. BOX 1000
Marion, IL 62959



ⴹ

ENTERED
APR _ 2021
RECEIVED

⇔43310-037⇔
Clerk Us District Court
Judge Richard D. Bennett
101 W Lombard ST
United States District Ct
Baltimore, MD 21201
United States

Judge. Richard D. Bennett - Chambers