April 15, 2021

Attention- Judge Richard D. Bennette

RE: Edna Booze – 1-█-1931

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
APR 27 2021
UNITED STATES DISTRICT COURT

Edna Booze has been a patient of Dr. Robert Zawodny's for cardiac care for several years. She is currently followed for coronary artery disease- post bypass surgery in 2013, cardiomyopathy, sick sinus syndrome, hypertension, hyperlipidemia, diabetes and peripheral vascular disease. She was recently admitted to the hospital for congestive heart failure. Mrs. Booze is in need of her grandson Patrick Byers to be her full time care giver due to complicated medical issues. She currently is living alone and is in great need of assistance. Mrs. Booze's current financial situation does not enable her to hire private help. We appreciate your attention to Mrs. Booze's need. Mrs. Booze has written a note for your review also.

_____FILED     _____ENTERED
_____LODGED   _____RECEIVED

APR 27 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

Sincerely,

Robert Zawodny, MD

4/15/21

Judge Richard D. Bennette

I Edira Byrd is writting To you, I am now 90 yrs old + I was asking + pleading If you would release My grandson Patrick Byus #43310-037 from Prison, ps I Need Kim To Be My Caretaker ps My Insurance Do not give me that, i Need Patrick to take care of me I Have Heart Failure problems, High Blood pressure I am a Diabetic, High pressure etc, If you would please considerate to leasey him That would Mean so Much to Me Patrick wrote you a letter also, Hopefully you read it + I thank you So Much I am in Care also of My Heart

Doctor Dr. Robert Zawoday at Mercy Med. Center Judge Bennette I Thank you So Much for reading my letter & I pray you release My Grandson So My days can be little better I Thank you So Much.

Sincerely

Edna Booze

Grandmother,

410 234-0776

Grandson

Patrick Byrus - Case No - 08-05-6

#43310-037, ID No.

Marion, IL, 62959

P.O. Box 1002

U.S.P.

Thank you!