UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:08-cr-56-RDB |
| | § | (1:12-cv-2348) |
| PATRICK ALBERT BYERS | § | |

### DEFENDANT'S CONSENT MOTION FOR BRIEFING SCHEDULE

The defendant, Patrick Albert Byers, moves this Court to enter an order setting forth the following proposed briefing schedule:

July 18, 2022: Defendant's Amended Section 2255 Motion Due

September 19, 2022: Government's Response Due

October 10, 2022: Defendant's Reply Due

Counsel for the government, AUSA Jason Medinger, consents to this proposed schedule.

Respectfully submitted,

/s/ *Brent E. Newton*
Brent E. Newton
Maryland Attorney # 2002060016
brentevannewton@gmail.com
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105

**Counsel for Patrick Albert Byers**

## **CERTIFICATE OF SERVICE**

On May 25, 2022, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Brent E. Newton*
Brent E. Newton