# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Respondent, | * |
| v. | * CRIMINAL NO. RDB-08-056 |
| | * CIVIL NO. RDB-12-2348 |
| PATRICK ALBERT BYERS, | * |
| Petitioner. | * |

\*\*\*\*\*\*\*

## ORDER

Having read and considered the Government's Motion to Extend Time, and any opposition thereto, the Court hereby ORDERS as follows:

1. That the Government's Motion is GRANTED;

2. That the Government's response brief to the amended petition is due on or before October 19, 2022.

It is so ORDERED this 16th day of September, 2022.

/s/
_____
The Honorable Richard D. Bennett
United States District Judge